

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
T: 973.757.1100
F: 973.757.1090
**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

May 13, 2024

**VIA CM/ECF**
Honorable Zahid N. Quraishi, U.S.D.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

    Re:    *Atlantic Coast Life Ins. Co., et al. v. A.M. Best Rating Servs., Inc.*,
            Civ. A. No. 3:24-cv-05470 (ZNQ)(RLS)

Dear Judge Quraishi:

    This firm, together with MoloLamken LLP, represents Plaintiffs in this action. We write to respectfully request a phone conference with the Court to clarify the scope of the May 31, 2024 preliminary injunction hearing, including whether the Court would like the parties to present evidence or to proceed only with attorney argument. Further, we respectfully request guidance from the Court regarding Plaintiffs' pending motion for expedited discovery. We have reached out to Defendant for consent to discovery and are waiting on a response.

    Plaintiffs have met and conferred with Defendant, who agrees that a teleconference would be appropriate. Counsel for both parties can attend a conference Monday afternoon but will make themselves available at the Court's earliest convenience.

                                                               Respectfully submitted,

                                                               *s/Liza M. Walsh*

                                                               Liza M. Walsh

cc:    All counsel of record (via ECF & Email)