# BRACEWELL

May 21, 2024

**BY ECF**

The Honorable Rukhsanah L. Singh
U.S. DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re:   *Atlantic Coast Life Ins. Co., et al. v. A.M. Best Rating Services, Inc.*,
      Civil Action No. 3:24-cv-05470-ZNQ-RLS

Dear Judge Singh:

On behalf of our client, Defendant A.M. Best Rating Services, Inc. ("AM Best"), we briefly write regarding the status of the temporary seal placed on the May 6, 2024 Letter from AM Best to the Court (the "Letter") (Dkt. 29).

After meeting and conferring on the parties' sealing requests, neither party sought to seal the Letter in whole or in part. We therefore are publicly refiling the letter.

Respectfully,

*/s/ Rita K. Maxwell*
Rita K. Maxwell (NJ Attorney ID 043422010)
Britt Cass Steckman (*pro hac vice*)
Patrick J. Morley (*pro hac vice*)
**Counsel for Defendant**
***A.M. Best Rating Services, Inc.***

cc (via ECF):
      All Counsel of Record

**Rita K. Maxwell**         T: +1.212.508.6129         F: +1.800.404.3970
Senior Counsel              31 West 52nd Street, Suite 1900, New York, New York 10019-0019
                            rita.maxwell@bracewell.com         bracewell.com

AUSTIN   CONNECTICUT   DALLAS   DUBAI   HOUSTON   LONDON   NEW YORK   SAN ANTONIO   SEATTLE   WASHINGTON, DC
IM-#10351224.1