

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

May 21, 2024

**VIA CM/ECF**
Honorable Zahid N. Quraishi, U.S.D.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

> **Re:**   *Atlantic Coast Life Ins. Co., et al. v. A.M. Best Rating Servs., Inc.*,
> **Civ. A. No. 3:24-cv-05470 (ZNQ)(RLS)**

Dear Judge Quraishi:

      This firm, together with MoloLamken LLP, represents Plaintiffs in this action.  We write jointly with Defendant to request a brief adjournment of the May 31 hearing.

      To comply with the Court's May 20, 2024 Order (DE No. 39), and to provide time to review materials, take multiple depositions, and meaningfully prepare for the hearing, the parties respectfully request a brief adjournment of the May 31 hearing.  Defendant intends to begin producing documents on a rolling basis tomorrow, May 22, and also intends to serve its own targeted requests.

      The parties have conferred about their schedules and the schedules of their witnesses and are all available on June 20, 2024, subject to Your Honor's availability.  The parties can also be available on June 18.  If the Court is unavailable on those dates, the parties are happy to propose additional dates or work with Your Honor's staff to find a convenient date.

      The parties have conferred and agree that they anticipate no more than five hours is needed for the hearing.

      The parties thank the Court for its attention to this matter and are available should Your Honor or Your Honor's staff have any questions or require anything further.

Respectfully submitted,

*s/Liza M. Walsh*

Liza M. Walsh

cc:   All counsel of record (via ECF & Email)

Hon. Zahid N. Quraishi, U.S.D.J.
Page 2
May 21, 2024

**SO ORDERED this ___ day of May, 2024 that the
May 31, 2024 hearing is adjourned to:**


_____
**Hon. Zahid N. Quraishi, U.S.D.J.**