

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102

T: 973.757.1100
F: 973.757.1090

WALSH.LAW

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

June 5, 2024

**VIA CM/ECF**

Honorable Rukhsanah L. Singh, U.S.M.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey  08608

    Re:    *Atlantic Coast Life Ins. Co., et al. v. A.M. Best Rating Servs., Inc.*, Civ. A. No. 3:24-cv-05470 (ZNQ)(RLS)

Dear Judge Singh:

    This firm, together with MoloLamken LLP, represents the Plaintiffs in this action. Due to an inadvertent oversight, Plaintiffs publicly filed information that Defendant has designated confidential under the Discovery Confidentiality Order, dated May 31, 2024, at DE No. 53, attached as an exhibit to today's letter to the Court at DE No. 54.  We reached out to the Clerk's Office regarding the request for a temporary seal of DE No. 54 pending a forthcoming motion to seal.  Therefore, Plaintiffs respectfully request that Your Honor "So Order" this letter to maintain the sealing of the letter at DE No. 54 until a motion to seal is filed with the Court.  An updated version of the letter and exhibit will be filed with the Court this afternoon.

    Counsel for Defendant has consented to this request.  If the requested temporary seal of DE No. 54 is acceptable to Your Honor, we respectfully request that Your Honor "So Order" the letter and have it entered in the docket.

    As always, we thank the Court for its attention to this matter and remain available should Your Honor or Your Honor's staff require anything further.

    Respectfully submitted,

    *s/Liza M. Walsh*

    Liza M. Walsh

cc:    all counsel of record (via ECF & Email)

    **SO ORDERED.**

    _____
    **Hon. Rukhsanah L. Singh, U.S.M.J.**