UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLANTIC COAST LIFE INS. CO., et al., <br><br> Plaintiffs, <br><br> v. <br><br> A.M. BEST RATING SERVICES, INC., <br><br> Defendant. | Civil Action No. 24-5470 (ZNQ) (RLS) <br><br> **ORDER ON INFORMAL DISCOVERY DISPUTE** |

**PRESENTLY** before the Court is an informal dispute raised by Plaintiffs Atlantic Life Insurance Company and Sentinel Security Life Insurance Company (collectively, "Plaintiffs") regarding the discoverability of certain materials identified in the privilege log produced by Defendant A.M. Best Rating Services, Inc. ("AM Best") in connection with expedited discovery in connection with a Preliminary Injunction Hearing scheduled for June 28, 2024. (*See* Doc. Nos. 54, 59). The Court considers the dispute without oral argument and with consideration of the expedited schedule set in this matter. As the parties are aware, courts routinely conduct *in camera* review of documents challenged as not within the scope of the attorney-client privilege and/or work product doctrine. Resolution of the instant dispute lies within the Court's sound discretion. *See Bayer AG v. Betachem, Inc.*, 173 F.3d 188, 191 (3d Cir. 1999); *Forrest v. Corzine*, 757 F. Supp. 2d 473, 477 (D.N.J. 2010) ("Magistrate Judges are given wide discretion to manage cases and to limit discovery in appropriate circumstances."). Exercising such discretion, and expressly reserving on the issue of any applicable privilege or exceptions thereto, the Court finds that an *in camera* review would aid the Court in considering Plaintiffs' challenges to AM Best's privilege log.

Accordingly, upon a showing of good cause, and within the Court's discretion,

**IT IS** on this **11th** day of **June 2024**, hereby

**ORDERED** that, by no later than **June 13, 2024**, AM Best shall, on an *ex parte* basis, mail or have delivered to the undersigned a thumb drive containing the challenged documents for the Court's *in camera* review.

**SO ORDERED.**

_____
HON. RUKHSANAH L. SINGH
UNITED STATES MAGISTRATE JUDGE